IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR186 |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN HERNANDEZ-ARELLANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 20).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to dismiss the indictment without prejudice is granted.  The indictment is dismissed without prejudice as to defendant Ruben Hernandez-Arellano,

DATED this 14th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court